**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Celestian Ajiawung, )<br><br>         Petitioner, )<br> )<br>v. )<br> )<br>Antone Moniz, et al. )<br> )<br>         Respondent (s). ) | Civil Action No. 26-CV-10982-AK |

**ORDER OF DISMISSAL**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 11] entered on 3/27/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is,

                                                              **DISMISSED**.

Dated: 8/10/2026                                          By the Court,

                                                              /s/ Courtney Horvath
                                                              Deputy Clerk